IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41234
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DIONICIO OLIVARES VALLE,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-01-CR-156-1
---------------------
November 21, 2002

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Dionicio Olivares Valle appeals his jury-trial conviction for possession with the intent to distribute cocaine.  He argues that the trial court erred in admitting the testimony of a narcotics agent that couriers know that drugs are hidden in the vehicles they are driving.  Even if it is assumed that the admission of the testimony was error, it did not affect Valle's substantial rights.  See United States v. Gutierrez-Farias, 294

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.3d 657, 663 (5th Cir. 2002), petition for cert. filed, (U.S. Sept. 10, 2002)(No. 02-6448); United States v. Calverley, 37 F.3d 160, 164 (5th Cir. 1994).  In light of Valle's detailed confession and the fact that the agent's testimony on this issue was not pervasive, Valle has failed to show that the admission of the testimony affected the outcome of trial.  Calverley, 37 F.3d at 164.

AFFIRMED.